ALEX. A. HIGGINBOTHAM, et al., v. ALICE A. THOMAS.

THE facts in this case are precisely like those in preceding case, except that this action was brought by *Thomas* to recover possession of Lot 16, Block 48, and that *Higginbotham's* co-defendants were different parties. The judgment below was in favor of *Thomas*, and the defendants bring the case here.

*Stillings & Fenlon*, and *Green & Foster*, for plaintiffs in error.
*Clough & Wheat*, for defendant in error.

*By the Court*, KINGMAN, C. J.: For the reasons given in the preceding case of *Higginbotham v. Thomas*, the judgment in this case is affirmed.

VALENTINE, J., concurring.

BREWER, J., not sitting in the case.